UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KWAME SURPRIS,

                Plaintiff,

-against-

CITY COURT OF THE STATE OF NEW YORK, WHITE PLAINS, COUNTY OF WESTCHESTER; PEOPLE OF THE STATE OF NEW YORK; WHITE PLAINS POLICE DEPARTMENT,

                Defendants.

21-CV-7698 (LTS)

CIVIL JUDGMENT

---

Pursuant to the order issued November 29, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 29, 2021
           New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                        Chief United States District Judge